FRIEDMAN v. MARYLAND CASUALTY CO. (Supreme Court, Appellate Division, First Department. February 14, 1908.) Action by Andrew Friedman against the Maryland Casualty Company. No opinion. Motion denied, with $10 costs. Order filed.

FRITZ, Respondent, v. KNAUB, Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) Action by Michael F. Fritz against John Knaub, as second assistant engineer or treasurer of Port Jervis Division, No. 54, of the Grand International Brotherhood of Locomotive Engineers. No opinion. Judgment affirmed, with costs, on the opinion of Mr. Justice Mills at Special Term. 103 N. Y. Supp. 1003.

FULTOB BAG & COTTON MILLS, Respondent, v. ALLISON et al., Appellants. (Supreme Court, Appellate Division, First Department, February 7, 1908.) Action by the Fultob Bag & Cotton Mills against G. Fred Allison and others. T. H. Beardsley, for appellants. J. M. Proskauer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re GALLAGHER. (Supreme Court, Appellate Division, First Department. December 27, 1907.) In the matter of George Gallagher. No opinion. Respondent disbarred. Settle order on notice.

In re GARDENIER. (Supreme Court, Appellate Division, Fourth Department. January 8, 1908.) In the matter of the proceedings for the disbarment of Wilson H. Gardenier, an attorney and counselor at law. No opinion. Report of referee confirmed, and the said Wilson H. Gardenier is suspended from practice as an attorney and counselor at law, for malpractice, until further order of the court. See 105 N. Y. Supp. 1116.

GAZZAM, Appellant, v. STAFFORD, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 25, 1908.) Action by Joseph M. Gazzam against James B. Stafford.

PER CURIAM. Judgment and order affirmed, with costs.

SPRING, J., dissents.

GERMAN–AMERICAN METAL & NOVELTY WORKS, Inc., Respondent, v. SHUBERT–ANDERSON CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) Action by the German-American Metal & Novelty Works, Incorporated, against the Shubert-Anderson Company.

PER CURIAM. Judgment and order of the Municipal Court affirmed, with costs.

HOOKER and RICH, JJ., dissent on the following ground: The allegation of the authority of the defendant's agent McBride is denied by the answer. There is no claim he had actual authority, and the proof of his ostensible authority is merely that he was called general manager and had an office in defendant's building. This is insufficient. Camacho v. Hamilton Bank Note & Eng. Co., 2 App. Div. 369–371, 37 N. Y. Supp. 725.

GERMANIA LIFE INS. CO., Respondent, v. DONNEGAN, Appellant et al. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Action by the Germania Life Insurance Company against Maria A. Donnegan, impleaded. J. A. Donnegan, for appellant. J. B. Roe, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GILDERSLEEVE, Respondent, v. O'SHEA et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) Action by Van V. Gildersleeve against Walter L. O'Shea and another. No opinion. Order affirmed, with $10 costs and disbursements.

GILL, Appellant, v. DICKSON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 8, 1908.) Action by John D. Gill against Robert Dickson and another. No opinion. Judgment affirmed, with costs.

GILL, Appellant, v. DICKSON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 25, 1908.) Action by John D. Gill against Robert Dickson and another. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Held, that the questions involved can be more satisfactorily determined upon an appeal from final judgment after trial upon the merits.

GODFREY, Respondent, v. ROCHESTER RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 22, 1908.) Action by Elizabeth A. Godfrey against the Rochester Railway Company. No opinion. Order affirmed, with costs.

GOLDBERG, Respondent, v. COOPER–WIGAND–COOKE CO., Appellant. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Action by David Goldberg against the Cooper-Wigand-Cooke Company. J. V. Bouvier, for appellant. I. N. Williams, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered to the sum of $3,614.84, including costs, etc., in which event the judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

INGRAHAM, J., dissents, on the ground that the judgment should be reversed for error in the charge.

GOMBERT, Respondent, v. NEW YORK CENT. & H. R. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 8, 1908.) Action by Julius Gombert against the New York Central